Blessing UWAGBOE, Petitioner—
Appellant,

v.

IMMIGRATION AND NATURAL-
IZATION SERVICE, Respon-
dent—Appellee.

No. 00–56661.

D.C. No. CV–00–00522–MLH.

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2002.*

Decided March 19, 2002.

Before CANBY, BEEZER, and PAEZ,
Circuit Judges.

MEMORANDUM **

Blessing Uwagboe, a native and citizen
of Nigeria, appeals pro se the district
court's denial of his 28 U.S.C. § 2241 habe-
as corpus petition challenging the Attorney
General's commencement of removal pro-
ceedings against him and the conditions of
his detention by the Immigration and Nat-
uralization Service.

* We unanimously find this case suitable for
decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

Because Uwagboe was removed from the United States while this appeal was pending, this appeal is now moot and this court lacks jurisdiction, absent extreme circumstances in the removal. *See Miranda v. Reno*, 238 F.3d 1156, 1158 (9th Cir.), *cert. denied,* —— U.S. ——, 122 S.Ct. 541, 151 L.Ed.2d 419 (2001). There are no extreme circumstances here.

Uwagboe's request for oral argument, dated July 23, 2001, and his requests to take judicial notice, dated August 5, 2001, and September 24, 2001, are denied.

**DISMISSED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.